INTERPRETER

# U.S. District Court [LIVE]
## Western District of Texas (El Paso)
## CRIMINAL DOCKET FOR CASE #: <u>3:24–mj–02028–MAT</u>–1

Case title: USA v. Pena Rojas                                    Date Filed: 05/17/2024

Assigned to: Judge Miguel A. Torres

**<u>Defendant (1)</u>**

**Deivy Santiago Pena Rojas**          represented by   **Alejandro Rafael Almanzan**
Office of the Federal Public Defender
700 E. San Antonio Ave.
D–401
El Paso, TX 79901
(915) 534–6525
Email: <u>alex_almanzan@fd.org</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level (Opening)</u>** | |
|---|---|
| None | |

| **<u>Terminated Counts</u>** | **<u>Disposition</u>** |
|---|---|
| None | |

| **<u>Highest Offense Level</u>** <u>**(Terminated)**</u> | |
|---|---|
| None | |

| **<u>Complaints</u>** | **<u>Disposition</u>** |
|---|---|
| 18:371.F–—CONSPIRACY TO COMMIT BANK THEFT | |

**<u>Plaintiff</u>**

**USA**                                                    represented by   **Stanley Michael Serwatka**
Assistant United States Attorney

1

700 East San Antonio Street
Suite 200
El Paso, TX 79902
(915) 534–6881
Fax: 915/534–3418
Email: stanley.serwatka@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/17/2024 | 1 | Arrest (Rule 5/Rule 32.1) of Deivy Santiago Pena Rojas (Attachments: # 1 Affidavit, # 2 SEALED, # 3 SEALED)(bg2) (Entered: 05/20/2024) |
| 05/17/2024 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER. Signed by Judge Miguel A. Torres. (bg2) (Entered: 05/20/2024) |
| 05/17/2024 | 3 | Minute Entry for proceedings held before Judge Miguel A. Torres: Initial Appearance in Rule 5(c)(3)/ Rule 32.1 Proceedings as to Deivy Santiago Pena Rojas held on 5/17/2024 NO BOND SET (Minute entry documents are not available electronically.), SPANISH Language Interpreter (L. Quevedo) required as to Deivy Santiago Pena Rojas (Court Reporter ERO.) (bg2) (Entered: 05/20/2024) |
| 05/17/2024 | | ORAL ORDER OF TEMPORARY DETENTION: NO BOND SET as to Deivy Santiago Pena Rojas by Judge Miguel A. Torres. (bg2) (Entered: 05/20/2024) |
| 05/17/2024 | 4 | ORDER SETTING IDENTITY / PRELIMINARY / DETENTION HEARING as to Deivy Santiago Pena Rojas, ( Detention Hearing set for 5/22/2024 09:00 AM before Judge Miguel A. Torres, Identity Hearing set for 5/22/2024 09:00 AM before Judge Miguel A. Torres, Preliminary Hearing set for 5/22/2024 09:00 AM before Judge Miguel A. Torres), Order Regarding Due Process Protections Act as to Deivy Santiago Pena Rojas. Signed by Judge Miguel A. Torres. (bg2) (Entered: 05/20/2024) |
| 05/20/2024 | 5 | NOTICE OF ATTORNEY APPEARANCE Stanley Michael Serwatka appearing for USA. . Attorney Stanley Michael Serwatka added to party USA(pty:pla) (Serwatka, Stanley) (Entered: 05/20/2024) |
| 05/20/2024 | 6 | NOTICE OF ATTORNEY APPEARANCE: Alejandro Rafael Almanzan appearing for Deivy Santiago Pena Rojas . Attorney Alejandro Rafael Almanzan added to party Deivy Santiago Pena Rojas(pty:dft) (Almanzan, Alejandro) (Entered: 05/20/2024) |
| 05/21/2024 | 7 | Waiver of Identity, Preliminary, and Detention Hearing by Deivy Santiago Pena Rojas (Almanzan, Alejandro) Modified on 5/22/2024 (bg2). (Entered: 05/21/2024) |
| 05/22/2024 | 8 | ORDER REGARDING RULE 5 HEARINGS AND ORDER OF REMOVAL as to Deivy Santiago Pena Rojas. Signed by Judge Miguel A. Torres. (bg2) (Entered: 05/22/2024) |

**SEALED**

AO 91 (Rev. 11/11) Criminal Complaint

U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

MAY 15 2024

AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

**FILED**

May 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

Fidel Morales

DEPUTY

# UNITED STATES DISTRICT COURT
### for the
### Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| DEIVY SANTIAGO PENA ROJAS | ) Case No. Click here to enter text. 243 (TWS) |
| | ) |
| | ) |
| | ) **EP:24-M-02028-MAT** |
| | ) **Rule 5** |
| **Defendant(s)** | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of December 2023 in the county of Onondaga in the Northern District of New York the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § § 371 and 2113(b) | Conspiracy to commit bank theft and bank theft. |

This criminal complaint is based on these facts:
See attached affidavit.

☒ Continued on the attached sheet.

*Heather Weber*

*Complainant's signature*

Heather Weber, Special Agent

*Printed name and title*

Attested to by the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: *May 15, 2024*

*Judge's signature*

City and State: Syracuse, New York

Hon. Therese Wiley Dancks, U.S. Magistrate Judge

*Printed name and title*

3

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Heather Weber, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging **DEIVY SANTIAGO PENA ROJAS ("PENA")** with conspiracy to commit bank theft and bank theft in violation of 18 U.S.C. §§ 371 and 2113(b).

2. I am a Special Agent of the United States Department of Justice, Federal Bureau of Investigation ("FBI"), and I am empowered by law to investigate and make arrests for offenses enumerated in Title 18, including 18 U.S.C. § 2113. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7). I have been employed as a Special Agent of the FBI since 2014 and am currently assigned to the Albany Division, Syracuse Resident Agency. While employed by the FBI, I have investigated federal criminal violations related to child exploitation, firearms trafficking, narcotics trafficking, robberies, cybercrime and bank larceny. I have gained experience through training by the FBI and the investigations in which I have personally participated.

3. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that **PENA**, and other individuals, have conspired to commit bank theft and have committed bank theft, in violation of 18 U.S.C. §§ 371 and 2113(b).

4. I base this affidavit on my experience and on information I have personally reviewed and obtained as the primary case agent on this investigation, and based on information I have received from others, both in person and in documentary form. Since this affidavit is being submitted for the limited purpose of establishing probable cause to support a criminal complaint,

1

I have not included each and every fact known to me concerning this investigation.  I have set forth only the facts I believe are necessary to establish probable cause for the complaint.

### THE CONSPIRACY

5.      In December 2023, I became aware of reports that several financial institutions in the Northern District of New York had been victims of an automated teller machine ("ATM") scheme known as "ATM Jackpotting." ATM Jackpotting involves removing an ATM's cover and infecting the ATM's hard drive with malware, which allows the operator to assume control of the ATM and cause it to dispense currency.

6.      During the ATM Jackpotting events at issue here, the participants of the scheme worked as teams and utilized at least two vehicles per event. The first team approached an ATM, used a key to access the inside of the ATM, and installed hardware to control the device. The second team arrived after the first team left and started conducting transactions at the ATM. Video surveillance showed that, after the ATM was infected, an individual used a card, entered some information, and the ATM dispensed currency. Bank records reflect that the ATM dispensed money, but each transaction was untethered to any account—thus it was directly stolen from the bank itself.

7.      I have confirmed that the ATMs and the currency within the subject ATMs described below was property of the respective bank. During each ATM Jackpotting event, the coconspirators stole thousands of dollars of currency over several hours.

8.      PENA, and other individuals all participated in the above-mentioned ATM Jackpotting scheme in the Northern District of New York in December 2023.  As noted below, PENA entered the scheme and participated in several ATM Jackpotting events with a group of

· 2

individuals traveling within the Northern District of New York in search of vulnerable ATMs.

9.    Specifically, as described in more detail below, **PENA** and his coconspirators successfully completed an ATM Jackpotting event at an Empower Federal Credit Union in Syracuse, New York, on December 10, 2023; and at an Empower Federal Credit Union in Syracuse, New York, on December 11, 2023.

### THE FINANCIAL INSTITUTIONS

10.    Empower Federal Credit Union is a "credit union" as defined in 18 U.S.C. § 2113(g).

### BANK THEFT ON DECEMBER 10, 2023, AT
### EMPOWER FEDERAL CREDIT UNION ATM, SYRACUSE, NEW YORK

11.    Video surveillance showed that, on December 10, 2023, at approximately 9:36 PM, a beige Toyota Corolla bearing a temporary Florida license plate ("SV 1") approached the drive-up ATM at Empower Federal Credit Union at 3700 West Genesee St., in Syracuse, NY. **PENA** and Coconspirator #1 ("**C1**") exited the vehicle and opened the ATM. Video surveillance showed that **PENA** and **C1** installed a device inside the ATM. SV 1 then drove away from the ATM.

12.    At approximately 9:45 PM, a Honda Civic with a Connecticut license plate ("SV 2") pulled into the drive-up ATM. Coconspirator #2 ("**C2**") inserted a card, pressed buttons, and collected dispensed money continuously until 10:35 PM, when SV 2 drove away.

13.    At 10:37 PM, Coconspirator #3 ("**C3**") drove SV 1 to the ATM. **C1** sat in the rear driver's side seat, lowered his window, conducted transactions, and collected dispensed money until 11:15 PM, when **C3** drove SV 1 away from the ATM.

14.    At 11:25 PM, **C1** drove SV 2 to the ATM. An unknown individual sat in the front passenger seat. **C1** conducted transactions, collected the dispensed money, and handed it to the

3

passenger until approximately 11:55 PM, and then he drove SV 2 away.

15. At 12:01 AM, on December 11, 2023, C1 drove SV 2 to the ATM. When he arrived, he opened the ATM. C1 then returned to the car. PENA then got out of the rear driver's side seat and removed something from the ATM and handed it to C1. The ATM was closed and C1 drove SV 2 away.

16. Empower Federal Credit Union reported that $134,400.00 was stolen from the ATM during this ATM Jackpotting event.

## BANK THEFT ON DECEMBER 11, 2023, AT EMPOWER FEDERAL CREDIT UNION ATM, SYRACUSE, NEW YORK

17. Video surveillance showed that, at 12:17 AM on December 11, 2023, C1 drove SV 2 to a drive-up ATM at Empower Federal Credit Union at 515 Erie Blvd, in Syracuse, New York. There were passengers visible in the front and rear of the car, but they were unidentifiable. C1 exited the car and opened the ATM. C1 then drove SV 2 away.

18. At 12:25 AM, C1 drove SV 2 back to the ATM. C1 and PENA exited the vehicle, unlocked the ATM, and installed something inside the ATM. C1 then drove SV 2 away.

19. At 12:48 AM, C1 drove SV 2 back to the ATM. C1 conducted transactions on the ATM and handed cash to the passenger until 1:24 AM, when he drove SV 2 away.

20. At 1:30 AM, C3 drove SV 1 to the ATM. C3 conducted transactions and collected money from the ATM until 2:10 AM, when he drove SV 1 away.

21. At 2:45 AM, C1 drove SV 2 to the ATM. PENA exited the vehicle, opened the ATM, and removed something from inside. C1 then drove SV 2 away.

22. Empower Federal Credit Union reported that $150,020.00 was stolen from the

4

ATM during this ATM Jackpotting event.

## CONCLUSION

14.    Based upon the above information, I respectfully submit that there is probable cause to believe that **PENA**, and other individuals, have conspired to commit bank theft and have committed bank theft in violation of 18 U.S.C. §§ 371 and 2113(b), within the Northern District of New York as described above.

15.    Therefore, based upon the information contained in this affidavit, I respectfully request that this Court to sign the accompanying complaint and requested arrest warrant.

ATTESTED TO BY THE APPLICANT IN ACCORDANCE WITH THE REQUIREMENTS OF RULE 4.1 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE.

*Heather Weber*
Heather Weber, Special Agent
Federal Bureau of Investigation

I, the Honorable Therese Wiley Dancks, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by telephone on May _15_, 2024 in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

(Hon. Therese Wiley Dancks
United States Magistrate Judge

5

U.S. DISTRICT COURT - N.D. OF N.Y.

**F I L E D**

MAY 15 2024

AT_____O'CLOCK_____
John M. Domurad, Clerk - Syracuse

**FILED**

May 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re . . .<br>Criminal Complaint | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Criminal No. 5:24–mj–243 (tud)

**Government's Sealing Application**

**Filed Under Seal**

**EP:24-M-02028-MAT**
**Rule 5**

The United States of America, by and through its counsel of record, the United States Attorney for the Northern District of New York ["NDNY"], hereby applies to the Court pursuant to NDNY Criminal Local Rule 49.2 for the sealing of the following: (a) one or more documents submitted to the Court at the same time as this sealing application, which document(s) request a Court order authorizing certain investigative activity or an arrest warrant; (b) the Court's order authorizing such investigative activity or an arrest warrant; (c) this sealing application; and (d) the Court's sealing order, which has the same caption.

The United States respectfully requests such sealing because public filing of the above-described documents may *[indicate all reasons that apply]*:

| | |
|---|---|
| ☒ | Jeopardize an ongoing federal criminal investigation by revealing the existence of that investigation to potential targets and subjects of the investigation; |
| ☐ | Jeopardize the safety of a person who has provided information and/or other assistance to the criminal investigation or the family and/or friends of such person by revealing such person's cooperation with the investigation to those under investigation or their associates; |
| ☐ | Jeopardize the safety of law enforcement personnel; |
| ☐ | Reveal law enforcement methods, techniques, and/or procedures, thereby jeopardizing future investigations using such methods, techniques, and/or procedures; |
| ☐ | Reveal non-public information about one or more victims and/or witnesses and such information could lead to adverse financial and/or social consequences for such person(s); |
| ☐ | Reveal non-public information about one or more targets or subjects of the investigation who have not been charged with a crime in the relevant investigation and such information could lead to adverse financial and/or social consequences for such person(s); |

| ☐ | Reveal matters in violation of federal law, such as Rule 6(e) of the Federal Rules of Criminal Procedure and/or Title 26, United States Code, Section 6103; |
|---|---|
| ☐ | Jeopardize national security. |

Along with the above-described documents, the government is filing a redacted version of the proposed sealing order, one that has the words "filed under seal" replaced with the words "for public filing" and has the case caption redacted. The government has no objection to the public filing of this version of the proposed sealing order.

The government further requests the following:

1) That the government be permitted to disclose the sealed documents to appropriate law enforcement officials; and

2) That the Court order that the above-described documents remain under seal until further order of this Court or any court of competent jurisdiction, except that if the document(s) filed under seal relate solely to a government request for an arrest warrant, that such documents and the warrant be unsealed upon the arrest of the person to be arrested.

If this Court determines that the above-described document(s) should not be filed under seal, the government requests that the Court return the document(s) to the government without filing them publicly.

Dated: May 15, 2024

CARLA B. FREEDMAN
United States Attorney

By: */s Paul Tuck*
_____
Paul Tuck
Assistant United States Attorney
Bar Roll No. 520814

**FILED**

May 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____
　　　　　　　　　　　　DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| In Re . . . | ) | Criminal No. *5:24-mj-243(TWD)* |
| Criminal Complaint | ) | |
| | ) | **Sealing Order** |
| | ) | |
| | ) | **Filed Under Seal** |
| | ) | |
| | ) | **EP:24-M-02028-MAT** |
| | ) | **Rule 5** |
| | ) | |

　　　The United States of America has applied to the Court pursuant to NDNY Criminal Local Rule 49.2 for an order sealing the following: (a) one or more documents submitted to the Court at the same time as this sealing application, which document(s) request a Court order authorizing certain investigative activity or an arrest warrant; (b) the Court's order authorizing such investigative activity or an arrest warrant; (c) this sealing application; and (d) the Court's sealing order, which has the same caption.

　　　BASED ON THE GOVERNMENT'S APPLICATION, THE COURT ORDERS SUCH SEALING BECAUSE PUBLIC FILING OF THE ABOVE DESCRIBED DOCUMENTS MAY

*[indicate all reasons that apply]:*

| | |
|---|---|
| ☒ | Jeopardize an ongoing federal criminal investigation by revealing the existence of that investigation to potential targets and subjects of the investigation; |
| ☐ | Jeopardize the safety of a person who has provided information and/or other assistance to the criminal investigation or the family and/or friends of such person by revealing such person's cooperation with the investigation to those under investigation or their associates; |
| ☐ | Jeopardize the safety of law enforcement personnel; |
| ☐ | Reveal law enforcement methods, techniques, and/or procedures, thereby jeopardizing future investigations using such methods, techniques, and/or procedures; |
| ☐ | Reveal non-public information about one or more victims and/or witnesses and such information could lead to adverse financial and/or social consequences for such person(s); |
| ☐ | Reveal non-public information about one or more targets or subjects of the investigation who have not been charged with a crime in the relevant investigation and such information could lead to adverse financial and/or social consequences for such person(s); |

| ☐ | Reveal matters in violation of federal law, such as Rule 6(e) of the Federal Rules of Criminal Procedure and/or Title 26, United States Code, Section 6103; |
| ☐ | Jeopardize national security. |

THUS, IT IS HEREBY ORDERED THAT THE FOLLOWING ARE TO BE FILED UNDER SEAL: (a) the documents submitted to the Court at the same time as this sealing application, which document(s) request a Court order or warrant authorizing certain investigative activity or an arrest warrant; (b) the Court's order or warrant authorizing such investigative activity or an arrest warrant; (c) this sealing application; and (d) the Court's sealing order, which has the same caption.

IT IS FURTHER ORDERED THAT:

1) The clerk of court publicly file only the redacted version of this Court's sealing order;

2) The government is permitted to disclose the sealed documents to appropriate law enforcement officials; and

3) The above-described documents will remain under seal until further order of this Court or any court of competent jurisdiction, except that if the document(s) filed under seal relate solely to a government request for an arrest warrant, that such documents and the warrant be unsealed upon the arrest of the person to be arrested.

IT IS SO ORDERED.

Dated and entered this _15th_ day of May, 2024.

Hon. Therese Wiley Dancks
United States Magistrate Judge

**FILED**

May 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | | |
|---|---|---|---|
| **In Re: Sealing Orders for Public Filing** | ) | Criminal No. | 5:24-sp-2024 |
| | ) | | |
| | ) | | EP:24-M-02028-MAT |
| | ) | **Sealing Order** | Rule 5 |
| | ) | | |
| | ) | **For Public Filing** | |
| | ) | | |
| | ) | | |

The United States of America has applied to the Court pursuant to NDNY Criminal Local

Rule 49.2 for an order sealing the following: (a) one or more documents submitted to the Court at

the same time as this sealing application, which document(s) request a Court order authorizing

certain investigative activity or an arrest warrant; (b) the Court's order authorizing such

investigative activity or an arrest warrant; (c) this sealing application; and (d) the Court's sealing

order, which has the same caption.

BASED ON THE GOVERNMENT'S APPLICATION, THE COURT ORDERS SUCH

SEALING BECAUSE PUBLIC FILING OF THE ABOVE DESCRIBED DOCUMENTS MAY

*[indicate all reasons that apply]:*

| | |
|---|---|
| ☒ | Jeopardize an ongoing federal criminal investigation by revealing the existence of that investigation to potential targets and subjects of the investigation; |
| ☐ | Jeopardize the safety of a person who has provided information and/or other assistance to the criminal investigation or the family and/or friends of such person by revealing such person's cooperation with the investigation to those under investigation or their associates; |
| ☐ | Jeopardize the safety of law enforcement personnel; |
| ☐ | Reveal law enforcement methods, techniques, and/or procedures, thereby jeopardizing future investigations using such methods, techniques, and/or procedures; |
| ☐ | Reveal non-public information about one or more victims and/or witnesses and such information could lead to adverse financial and/or social consequences for such person(s); |
| ☐ | Reveal non-public information about one or more targets or subjects of the investigation who have not been charged with a crime in the relevant investigation and such information could lead to adverse financial and/or social consequences for such person(s); |

| ☐ | Reveal matters in violation of federal law, such as Rule 6(e) of the Federal Rules of Criminal Procedure and/or Title 26, United States Code, Section 6103; |
|---|---|
| ☐ | Jeopardize national security. |

THUS, IT IS HEREBY ORDERED THAT THE FOLLOWING ARE TO BE FILED UNDER SEAL: (a) the documents submitted to the Court at the same time as this sealing application, which document(s) request a Court order or warrant authorizing certain investigative activity or an arrest warrant; (b) the Court's order or warrant authorizing such investigative activity or an arrest warrant; (c) this sealing application; and (d) the Court's sealing order, which has the same caption

IT IS FURTHER ORDERED THAT:

1) The clerk of court publicly file only the redacted version of this Court's sealing order;

2) The government is permitted to disclose the sealed documents to appropriate law enforcement officials; and

3) The above-described documents will remain under seal until further order of this Court or any court of competent jurisdiction, except that if the document(s) filed under seal relate solely to a government request for an arrest warrant, that such documents and the warrant be unsealed upon the arrest of the person to be arrested.

IT IS SO ORDERED.

Dated and entered this _15th_ day of May, 2024.

Hon. Therese Wiley Dancks
United States Magistrate Judge

SEALED

AO 442 (Rev. 11/11) Arrest Warrant

FILED

May 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Fidel Morales_____
                                    DEPUTY

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 5:24-mj-243(TWD) |
| | ) |
| DEIVY SANTIAGO PENA ROJAS | ) **EP:24-M-02028-MAT** |
| *Defendant* | ) **Rule 5** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     DEIVY SANTIAGO PENA ROJAS                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to commit bank theft and bank theft, in violation of 18 U.S.C. §§ 371 and 2113(b).

Date:  May 15, 2024

                                                    _____
                                                    *Issuing officer's signature*

City and state:   Syracuse, New York

                                                    Hon. Therese Wiley Dancks, U.S. Magistrate Judge
                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |
| Date: _____          _____ |
|                                          *Arresting officer's signature* |
|                                          _____ |
|                                          *Printed name and title* |

15

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   DEIVY SANTIAGO PENA ROJAS

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:   01/28/2002

Social Security number:

Height:                                    Weight:

Sex:                                        Race:

Hair:                                       Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:   5ACWLW9TM

Complete description of auto:

Investigative agency and address:   FBI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

**FILED**

May 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **Fidel Morales**
DEPUTY

United States District Court
Western District of Texas
El Paso Division

| | |
|---|---|
| United States of America,<br>Plaintiff, | No. **EP:24-M-02028-MAT**<br>(Northern District of New York<br>5:24-MJ-243-TWD) |
| v. | |
| Deivy Santiago Pena Rojas,<br>Defendant. | **Rule 5** |

### United States' Motion to Detain Defendant Without Bond and Motion for Continuance

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas, and pursuant to 18 U.S.C. § 3142(e) and (f), files this, its Motion to Detain Defendant Without Bond and Motion for Continuance, and for cause, would respectfully show unto the Court the following:

1.    The Defendant has been charged by criminal complaint for a violation of 18 U.S.C. §§ 371 and 2113(b), *Conspiracy to Commit Bank Theft and Bank Theft*, in Cause No. 5:24-MJ-243-TWD.

2.    The Defendant was arrested based on the warrant issued pursuant to the criminal complaint filed in the Northern District of New York.

3.    The Defendant is a foreign national and cannot demonstrate sufficient employment, length of residence in the community, or community ties, and, as such, presents a high risk of fleeing the jurisdiction to avoid prosecution on this charge.

4.    There are no conditions or combination of conditions which will reasonably assure the safety of the community should the Defendant be released on bond.

5.     There are no conditions or combination of conditions which will reasonably assure the appearance of the Defendant at future court settings.

The Government would further move the Court for a three-day continuance of the detention hearing from the date of the initial appearance.

WHEREFORE, premises considered, the Government respectfully prays the Court to hold the above-named Defendant without bail pending the final outcome of this case.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

By:     *Stanley M. Serwatka*

STANLEY M. SERWATKA
Assistant U.S. Attorney
Texas Bar #18038400
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884

2

**FILED**

May 17, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ Fidel Morales

DEPUTY

AO 442 (Rev. 11/11) Arrest Warrant

**S E A L E D**

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 5:24-mj-243(TWD) |
| | ) | |
| | ) | **EP:24-M-02028-MAT** |
| DEIVY SANTIAGO PENA ROJAS | ) | **Rule 5** |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      DEIVY SANTIAGO PENA ROJAS
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

   Conspiracy to commit bank theft and bank theft, in violation of 18 U.S.C. § § 371 and 2113(b).

Date: _May 15, 2024_

_____
*Issuing officer's signature*

City and state:   _Syracuse, New York_

Hon. Therese Wiley Dancks, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* __03.15.24__ , and the person was arrested on *(date)* __03.16.24__ at *(city and state)* __El Paso, TX__ . |
| Date: __03.16.24__                    _____ *Arresting officer's signature* |
| _IAN WALLACE FLEENDE, SPECIAL AGENT_ *Printed name and title* |

# United States District Court

### Western District of Texas
### El Paso Division

—

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| vs. | § | **No: EP:24-M -02028(1)** |
| | § | |
| **(1) DEIVY SANTIAGO PENA ROJAS** | § | |
| | § | |

*Defendant*

## ORDER APPOINTING COUNSEL

The above Defendant has testified under oath, or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel.

Therefore, in the interests of justice, Federal Public Defender 534-6525, is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case.

This appointment shall remain in effect until further order of the Court.

It is, accordingly, so **ORDERED** this the 17th day of May, 2024.

_____
MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

20

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § | |
| | § | |
| **vs.** | § | **Case Number:  EP:24-M -02028(1)** |
| | § | |
| **(1) DEIVY SANTIAGO PENA ROJAS** | § | |

## ORDER SETTING IDENTITY / PRELIMINARY / DETENTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set before the **HONORABLE U.S. MAGISTRATE MIGUEL A. TORRES** for **IDENTITY / PRELIMINARY / DETENTION HEARING, May 22, 2024 at 09:00 AM** in **Magistrate Courtroom, Room 712on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX.**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L.No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is hereby notified of and ordered to comply with (1) the prosecutor's disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, and (2) the possible consequences of violating the Order, which may include sanctions such as delay of trial or other proceedings, the exclusions of evidence, the giving of adverse jury instructions, the grant of new trial, the dismissal of an action, or finding in contempt.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

**IT IS SO ORDERED** this **05/17/2024.**

**MIGUEL A. TORRES**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

USA                                          §
                                             §
**vs.**                                      §        **NO:**  EP:24-M -02028(1) **MAT**
                                             §
(1) DEIVY SANTIAGO PENA ROJAS                §

## WAIVER REGARDING RULE 5 PROCEEDINGS

I, _____, understand that in the _____ District of _____, I have been charged with violating _____ .  I have been taken before a United States Magistrate Judge who has informed me of the charge(s) and my right to:  (1) retain counsel or request the appointment of counsel if I am unable to retain counsel,  (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty,  (3) an identity hearing to determine if I am the person named in the charge and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to belive an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

   **I HEREBY WAIVE (GIVE UP) MY RIGHT TO:**

   **_____    Identity hearing**

   **_____    Preliminary hearing in El Paso, but I want a preliminary hearing in the prosecuting district**

   **_____    Detention hearing**

   **_____    Detention hearing in El Paso, but I want a detention hearing in the prosecuting district**


_____          _____
**Date**                                  **Defendant**


                                          _____
                                          **Defense Counsel**

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| USA | § | |
| vs. | § | NO:  EP:24-M -02028(1) |
| (1) DEIVY SANTIAGO PENA ROJAS | § | |

## WAIVER OF PRELIMINARY  HEARING
## AND/OR DETENTION HEARING
### (Rule 5 or 32.1, Fed.R.Crim.P.)

### Preliminary Hearing

I , **(1) DEIVY SANTIAGO PENA ROJAS**, charged in a complaint pending in this District, and having appeared before this court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary hearing, do hereby waive (give up) my right to a preliminary hearing.

Yo, **(1) DEIVY SANTIAGO PENA ROJAS**, el inculpado en una acusacion pendiente en este Distrito, he comparecido ante este Tribunal y me han informado de mi derecho a una audiencia preliminar, cumpliendose con el reglamento 5 0 32.1 de los Reglamentos de Procedimiento Penal Federal, por este medio renuncio a (abandono) mi derecho a una audiencia preliminar.

_____

**DEFENDANT**

### Detention Hearing

I have also been advised of my right to a detention hearing.  I have been advised that, at a detention hearing, the court will hear evidence to determine whether I should be held in jail without bond or whether a bond should be set for me. I have been advised that, if I waive (give up) my right to a detention hearing, I will be held in jail without bond while I wait for my trial. I hereby waive (give up) my right to have a detention hearing.

Tambien me han informado de mi derecho a una audiencia para fijar fianza. Me han informado que en la audiencia para fijar fianza, el juez recibira pruebas parar poder determinar si seguire detenido sin fianza, o si me fijaran fianza. Me han informado que si renuncio (abandono) mi derecho a una audiencia para fijar fianza, seguire detenido sin fianza hasta que se me someta a juicio. Renuncio (abandono) mi derecho a una audiencia para fijar fianza.

_____

**DEFENDANT**

_____     _____

**DATE**                                                  **COUNSEL FOR DEFENDANT**



U.S. Department of Justice

*United States Attorney*
*Western District of Texas*

---

| | | |
|---|---|---|
| *Stanley M. Serwatka* | *700 E. San Antonio, Suite 200* | *Phone 915.534.6884* |
| *Assistant Unite States Attorney* | *El Paso, Texas 79901* | *Facsimile 915.534.6024* |

May 20, 2024

United States District Clerk
Western District of Texas
525 Magoffin Avenue
El Paso, Texas 79901

      **RE:**     ***U.S. v. Deivy Santiago Pena Rojas***
               **Case No.: EP-24-M-02028-MAT**

Dear Sir or Madam:

     This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please update your records to accurately reflect this information.

     Thank you for your attention to this matter.

                 Respectfully submitted,

                 JAIME ESPARZA
                 UNITED STATES ATTORNEY

          By:     */s/ Stanley M. Serwatka*
                 Stanley M. Serwatka
                 Assistant United States Attorney

*(Rule 5)*

# FEDERAL PUBLIC DEFENDER

## WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

RICHARD C. WHITE FEDERAL BUILDING
700 E. SAN ANTONIO AVENUE, SUITE D-401
EL PASO, TEXAS 79901-7020

TELEPHONE
(915) 534-6525

TOLL FREE
(855) 666-1510

JUDY F. MADEWELL
FIRST ASSISTANT

May 20, 2024

FACSIMILE
(915) 534-6534

REGINALDO TREJO, JR.
EDGAR HOLGUIN
*EL PASO*
SUPERVISORY ASSISTANTS

SAN ANTONIO
AUSTIN
DEL RIO
PECOS
ALPINE

U.S. District Clerk
Albert Armendariz, Sr.
U.S. Courthouse
525 Magoffin Ave.
El Paso, TX 79901

**RE:     ASSIGNMENT OF DEFENSE COUNSEL IN:**

**USA vs. Deivy Santiago Pena Rojas**
**Case No: EP-24-M-2028-MAT**

Dear Sir/Madam:

Please be advised that I am the Assistant Federal Public Defender assigned to the above-referenced case.

Very truly yours,

MAUREEN SCOTT FRANCO
Federal Public Defender

/S/
ALEX R. ALMANZAN
ASSISTANT FEDERAL PUBLIC DEFENDER

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

USA                  §
§
**vs.**                 §      **NO:  EP:24-M -02028(1) MAT**
§
(1) DEIVY SANTIAGO PENA ROJAS    §

### WAIVER REGARDING RULE 5 PROCEEDINGS

I, _Deivy Santiago Pena-Rojas_ , understand that in the _Northern_ District of _New York_ , I have been charged with violating _18 U.S.C. §§ 371 + 2113(b)_ . I have been taken before a United States Magistrate Judge who has informed me of the charge(s) and my right to:  (1) retain counsel or request the appointment of counsel if I am unable to retain counsel,  (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty,  (3) an identity hearing to determine if I am the person named in the charge and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to belive an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO:**

X **Identity hearing**

X **Preliminary hearing in El Paso, but I want a preliminary hearing in the prosecuting district**

_____ **Detention hearing**

X **Detention hearing in El Paso, but I want a detention hearing in the prosecuting district**

_5/01/24_
**Date**

X _[signature]_
**Defendant**

_[signature]_
**Defense Counsel**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO:  EP:24-M-2028-MAT |
| vs. | § | |
| | § | Ref: 5:24-mj-243-TWD |
| DEIVY SANTIAGO | § | |
| PENA ROJAS | § | (NORTHERN DISTRICT OF NEW YORK) |
| | § | Syracuse Division |
| | § | |

## ORDER REGARDING RULE 5 HEARINGS AND ORDER OF REMOVAL

Deivy Santiago Pena Rojas, Defendant, is charged in a proceeding pending in the Northern District of New York, Syracuse Division for violation of Conspiracy to Commit Bank Theft, in violation of Title 18 §§ 371 and 2113(b).  Having been arrested in this district, Deivy Santiago Pena Rojas, was ordered to appear for an identity, preliminary, and detention hearing, on May 22, 2024. Defendant waived his identity, preliminary and detention hearing and requested that the preliminary and detention hearing be held in the prosecuting district.

Accordingly, this Court finds that Defendant, Deivy Santiago Pena Rojas, is the Defendant named in the complaint filed in cause number 5:24-mj-243-TWD, out of the Northern District of New York, Syracuse Division. The Court further finds that the Defendant shall be detained.

The Clerk of this Court shall promptly transmit all documents to the charging district.

**TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF TEXAS: IT IS ORDERED that the United States Marshal must transport the defendant, together with a copy of this Order, to Northern District of New York, Syracuse Division and deliver the defendant, Deivy Santiago Pena Rojas to the United States Marshal for that district, or to another officer authorized to receive the defendant.**

The Marshal or officer in the charging district should immediately notify the United States Attorney and the Clerk of Court for that district of the defendant's arrival so that further proceedings may be promptly scheduled.

SO ORDERED in EL PASO, TEXAS, on May 22, 2024.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE