IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

In Re: United States of America )
v. ) Case No. 5:24-CR-270 (BKS)
Jose Medina )

APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum, ☐ Ad Testificandum:

1. Name of detainee: Jose Medina
2. A/K/A(s)(if applicable):
3. Prisoner ID# (if applicable):
4. Detained by: Wayne County Jail
   Address: 570 Clinton St, Detroit, MI 48226
5. Detainee is:
   A: ☒ charged in this district by:
      ☒ Indictment ☐ Information ☐ Complaint
      ☐ Violation(s) of supervised release
   B: ☐ a witness not otherwise available by the ordinary process of the Court.
6. Appearance is necessary on Thursday, October 3, 2024 at 1:00PM for:

☐ proceedings to be held at
☒ proceedings to be held at Binghamton, NY before Hon. Miroslav Lovric
Judicial Officer (if court proceeding)

Paul J. Tuck
Assistant U.S. Attorney

WRIT OF HABEAS CORPUS

☒ Ad Prosequendum, ☐ Ad Testificandum:

The above application is granted and the above-named custodian, FBI as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date, at the time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date Signed: July 25, 2024

United States Magistrate Judge

RETURN OF SERVICE

Executed on ____________________ by ____________________
(Signature)