# CHRISTINA CAGNINA, ESQ.
201 East Jefferson Street
3rd Floor
Syracuse, New York 13202

Bus. (315)-423-7025                                   email: cgclaw@hotmail.com


June 11, 2025


Honorable Brenda K. Sannes
Chief U.S. District Judge
Northern District of New York


      Re:    United States v. Jefferson Jose Marquez-Marquez
              Cr. No. 5:24-cr-00270-BKS


Dear Judge Sannes,

    I am writing to you to today in regards to the matter referenced above.

    I respectfully request an adjournment for the sentencing of the above-noted defendant. I need additional time to gather documents and information to file a sentencing memoranda. I have spoken to the government and they consent to this adjournment request.

    Thank you for your time and consideration.


Respectfully,

*Christina Cagnina, Esq.*

Christina Cagnina, Esq.